COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO.
2-09-344-CV

 

IN
RE BUFORD SCOTT, JR.                                                      RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The court has considered relator=s
petition for writ of mandamus and motion for emergency stay and is of the
opinion that relief should be denied. 
Accordingly, relator=s
petition for writ of mandamus and motion for emergency stay are denied.

Relator shall pay all costs of this original
proceeding, for which let execution issue.

 

BOB
MCCOY

JUSTICE

 

PANEL:  MCCOY, LIVINGSTON, and MEIER, JJ.

 

MEIER, J. dissents
without opinion.

 

DELIVERED:  November 25, 2009











     [1]See
Tex. R. App. P. 47.4.